UNITED STATES of America,
Appellee,

v.

James C. LEWIS, also know as John B. Long, also known as Mark E. Lewis, Appellant.

No. 01–2752.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 23, 2002.

Decided Jan. 29, 2002.

Before MCMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

PER CURIAM.

After James C. Lewis pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), the district court[1] sentenced him to 33 months imprisonment and 3 years supervised release. Counsel has filed a brief and has moved to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that Mr. Lewis should receive credit for time he spent in a county jail before being indicted on the instant offense. Mr. Lewis, however, must first exhaust his administrative remedies by presenting his claim to the Bureau of Prisons. *See United States v. Chappel,* 208 F.3d 1069, 1069–70 (8th Cir.2000) (per curiam); 28 C.F.R. §§ 542.10–542.19 (2001). Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and having found no nonfrivolous issues, we grant counsel's motion to withdraw and affirm the judgment of the district court.

A true copy.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.